**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHRISTIAN EPPERSON, | ) |
| Plaintiff, | ) ) ) Case No. 17 CV 00445 |
| v. | ) ) ) Chief Judge Ruben Castillo |
| THE WARRANTY GROUP, | ) ) ) Magistrate Judge Rowland |
| Defendants. | ) ) ) |

**NOTICE OF SETTLEMENT**

Plaintiff Christian Epperson and Defendant The Warranty Group ("Defendant"), by and through their respective counsel, hereby notify this Court that the parties have reached a settlement of all claims raised in this case in principal and are in the process of finalizing the signed settlement agreement. The parties anticipate filing a final stipulation of dismissal with prejudice within 30 days, or on or before June 2, 2017.

Respectfully submitted this 2nd day of May, 2017

| CHRISTIAN EPPERSON | THE WARRANTY GROUP |
|---|---|
| By: /s/ Meghan U. Lehner<br>　　One of Her Attorneys | By: /s/ Kathryn S. Clark<br>　　One of Its Attorneys |
| Lisa Kane<br>Lisa Kane & Associates<br>141 West Jackson Blvd., Suite 3620<br>Chicago, Illinois 60604<br>(312) 606-03863<br>lisakane@sbcglobal.net | Kathryn S. Clark<br>Seyfarth Shaw LLP<br>233 S. Wacker Dr., Suite 8000<br>Chicago, Illinois 6606<br>(312) 460-5000<br>kclark@seyfarth.com |

## CERTIFICATE OF SERVICE

     I, Kathryn S. Clark, hereby certify that I have caused a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** to be served upon the following via the Court's electronic case filing (ECF) notification system/e-mail on this on this 2nd day of May, 2017:

Lisa Kane
Lisa Kane & Associates
141 West Jackson Blvd., Suite 3620
Chicago, Illinois 60604
(312) 606-03863
lisakane@sbcglobal.net


/s/ Kathryn S. Clark

Seyfarth Shaw LLP
131 South Dearborn Street - Ste. 2400
Chicago, Illinois 60603
(312) 460-5000
(312) 460-7000 (facsimile)
kclark@seyfarth.com

20668040v.3